# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

January 16, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

Re:  United Services Automobile Association
v. PNC Bank N.A.
No. 25-853
(Your No. 2023-1639, 2023-1866, 2025-1276, 2025-1341; 2023-1778, 2025-1277)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 14, 2026 and placed on the docket January 16, 2026 as No. 25-853.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst