# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 18, 2026

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

Re:  United Services Automobile Association
v. PNC Bank N.A.
No. 25-853
(Your No. 2023-1639, 2023-1866, 2025-1276, 2025-1341; 2023-1778, 2025-1277)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

Scott S. Harris, Clerk